NATIONAL SIDING CORP., A CORPORATION OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. MICHAEL Di-TRIANI, BUILDER, DEFENDANT, AND LILLIAN H. HELLINGHAUSEN, OWNER, DEFENDANT-APPELLANT.

Argued September 27, 1968—Decided November 25, 1968.

*Mr. Louis Asarnow* argued the cause for respondent.

*Mr. Luke F. Binetti* argued the cause for appellant, Lillian H. Hellinghausen.

The opinion of the court was delivered

PER CURIAM. The judgment of the Appellate Division reported in 99 *N. J. Super* 64 (*App. Div.* 1968) is reversed for the reasons expressed in the opinion of the Law Division. 95 *N. J. Super.* 442 (*Law Div.* 1967).

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For affirmance* — None.